UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jimmy Wallace, )
)
        Plaintiff, )
) **Case: 1:17-cv-00014**
v. ) **Assigned To : Unassigned**
) **Assign. Date : 1/4/2017**
Vice President-elect Mike Pence, ) **Description: Pro Se Gen. Civil (F Deck)**
)
)
        Defendant. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of Washington, D.C., who has sued Vice President-elect Mike Pence. The ten-page complaint consists of rambling statements about the recent presidential election and other random matters. Plaintiff seems to want to change the manner in which the vice president is selected, and he has "decided to challenge [Mr. Pence] to a debate[.]" Plaintiff proposes that if he shows that he is "clearly more prepared to be vice president-by popular vote," he "would ask that Mrs. Clinton have the office I've won." Compl. at 2. If plaintiff is "unsuccessful, [he] would ask that emergency legislation to rename the vice president's office 'OLPUS,' the officer named the Liaison, and Mrs. Clinton offered the position, based on the popular vote." *Id.* Plaintiff's "Dissertation," *id.*, continues in this manner.

1

*3*

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal under § 1915(e) as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994) (a court may dismiss as frivolous "essentially fictitious" claims) (citations and internal quotation marks omitted); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies this standard; therefore, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

Date: January 3rd, 2017

United States District Judge